UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID P. THOMAS, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 5:20-cv-00691-HNJ |
| BOWMAN ELECTRIC, INC., | ) |
| Defendant. | ) |

## DISMISSAL ORDER

Pursuant to the parties' Joint Stipulation of Dismissal, (doc. 10), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, without costs to either party.

**DONE** and **ORDERED** this 28th day of August, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE